| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | R. SCOTT BRINK (Bar No. 138644) |
| 2 | 2121 Avenue of the Stars, Tenth Floor |
|   | Los Angeles, California 90067-5010 |
| 3 | Telephone: (310) 203-8080 |
|   | Fax: (310) 203-0567 |
| 4 | |
|   | Attorneys for Defendant |
| 5 | Armored Transport, Inc. |
| 6 | LAW OFFICES OF ROBERT SPITZ |
|   | ROBERT SPITZ |
| 7 | 204 N. San Antonio Avenue |
|   | Ontario, CA 91762 |
| 8 | |
|   | Attorneys for Plaintiffs |

**COPY**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER A. SOARES, JAMES R. MULKINS, KENNETH HECKMAN, DAVID FREY, JAMES FOSTER, RICHARD ORTON, JEREMY O. WISE, MARK A. RAGAN, SR., ROBERT A. MAESTAS, JAMES J. MARTINEZ, WENDIE L. COMER, JERRY SMITH, JOHN THORN, EDWARDO RUIZ, ANTHONY J. BLANCHE, GERALD E. SKRINNER, DAVID FARRAR, HENRY CORBETT, SHAWN D. O'BRIEN, DONALD F. EDWARDS, WILLIAM J. MIKOL, MARC A. HOGAN, GORDON FREDIN, JON C. FECKO, THOMAS E. MEDLOCK, TRENT D. BOWMAN, WAYNE S. KASSEBAUM, JOE H. SPARKS, ALBERT R. ENDSLEY, KEVIN RIFFLE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV 98-6010-RSWL (JGx)<br><br>STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ARMORED TRANSPORT, INC., a California corporation, | ) ) ) | |
| Defendant. | ) ) | |

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 30 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

PRINTED ON
RECYCLED PAPER

LADOCS\2540945 2

1

2   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil
3   Procedure, plaintiffs Christopher A. Soares, James R. Mulkins,
4   Kenneth Heckman, David Frey, James Foster, Richard Orton, Jeremy
5   O. Wise, Mark A. Ragan, Sr., Robert A. Maestas, James J.
6   Martinez, Wendie L. Comer, Jerry Smith, John Thorn, Edwardo Ruiz,
7   Anthony J. Blanche, Gerald E. Skrinner, David Farrar, Henry
8   Corbett, Shawn D. O'Brien, Donald F. Edwards, William J. Mikol,
9   Marc A. Hogan, Gordon Fredin, Jon C. Fecko, Thomas E. Medlock,
10  Trent D. Bowman, Wayne S. Kassebaum, Joe H. Sparks, Albert R.
11  Endsley and Kevin Riffle (collectively, the "Plaintiffs"), and
12  Armored Transport, Inc. ("Defendant"), by and through their
13  respective counsel, hereby stipulate and agree as follows:

14

15  Each and every claim for relief in plaintiffs'
16  complaint should be and hereby is dismissed with prejudice. Each
17  party shall bear its own costs and attorneys' fees, except as set
18  forth in the "Settlement Agreement and General Release" dated May
19  24, 2000.

20

21

22  DATED:   May 25, 2000          LAW OFFICE OF ROBERT J. SPITZ

23

24                                 By: _____
                                       ROBERT J. SPITZ
25                                     Attorney for Plaintiffs,
                                       CHRISTOPHER A. SOARES, ET AL.
26

27  //
    //
28  //

PRINTED ON
RECYCLED PAPER

LADOCS\2540845 2                   -2-

| | | |
|---|---|---|
| DATED: May 25, 2000 | | JEFFER, MANGELS, BUTLER & MARMARO<br>R. SCOTT BRINK<br><br>By: /s/ R. Scott Brink<br>R. SCOTT BRINK<br>Attorney for Defendant ARMORED<br>TRANSPORT, INC. |

IT IS SO ORDERED this ___ day of _____MAY 30 2000_____, 2000.

*RONALD S. W. LEW*

_____
The Honorable Ronald S.W. Lew
United States District Judge

PRINTED ON RECYCLED PAPER